**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**DIMAS L. APODACA,**

      Plaintiff,

vs.                                                              **No. 07-CV-1039 BB/ACT**

**JOHN DANTIS, THADDEUS LUCERO and**
**RONALD TORRES,**

    Defendants.

## <u>ORDER</u>

**THIS MATTER** comes before the Court on the Proposed Findings and Recommended Disposition of the United State Magistrate Judge.   [Doc. No. 49].  Plaintiff filed objections on January 29, 2009 [Doc. No. 52].   The Court finds that Plaintiff's objections are without merit. The Court also notes that Plaintiff filed copies of grievances he filed in September and November of 2008 [Doc. No. 50].  Plaintiff's Complaint  and Amended Complaint [Doc. No. 7] allege constitutional violations in 2007 continuing to February 22, 2008.  Thus, the grievances are not relevant to the time period of Plaintiff's Complaint and Amended Complaint.

    **IT IS THEREFORE ORDERED** that the Proposed Findings and Recommended Disposition of the United States Magistrate Judge are adopted by the Court.

    **IT IS FURTHER ORDERED** that Plaintiff's Civil Rights Complaint filed October 12, 2007, and Plaintiff's Amended Civil Rights Complaint filed November 23, 2007, be dismissed without prejudice.

_____
**BRUCE D. BLACK**
**UNITED STATES DISTRICT JUDGE**